IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARYL POTTER | : | CIVIL ACTION |
| v. | : | |
| JAMES MCGRADY, et al. | : | NO. 2:10-cv-3277 |

O R D E R

AND NOW, this 15th day of December 2014, upon consideration of Relator's Petition for a Writ of Habeas Corpus (Doc. No. 1) and the government's response thereto (Doc. No. 31), after careful and independent review of the Report and Recommendation of the United States Magistrate Judge Linda K. Caracappa (Doc. No. 33), and noting that no objections to the Report and Recommendation have been filed, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of Habeas Corpus is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.